```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :         21cr37-1 (DLC)
                                      :
            -v-                       :            ORDER
                                      :
CAREEM JOSEPH,                        :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

A Bail Hearing is scheduled to occur on **March 4, 2021** at **11:00 AM.**  The defendant is incarcerated.  Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference.  If, due to the increase in demand for videoconference proceedings, a videoconference is not available it may be possible to arrange for a telephone conference.  Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following two questions by **5:00 PM** on **February 24, 2021:**

1) Does the defendant consent to have the proceeding occur as a videoconference?

2) If a videoconference is unavailable, does the defendant consent to have the proceeding occur as a telephone conference?

If the defendant consents to either option, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:     New York, New York
           February 19, 2021

_____
                DENISE COTE
        United States District Judge