```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     21cr37-1 (DLC)
UNITED STATES OF AMERICA                 :
                    Plaintiff,           :         ORDER
           -v-                           :
                                         :
CAREEM JOSEPH,                           :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 24, 2021, defense counsel informed the Court that the defendant prefers that the **March 4** bail application occur via videoconference as opposed to in person, or by telephone if a videoconference is not available.  The Court has been informed that it is not possible to arrange a videoconference with the defendant on that day or on any date near March 4.  Accordingly, it is hereby

ORDERED that the proceeding **is rescheduled for March 4, 2021 at 9:00 AM** and shall take place by telephone.  The dial-in credentials for the telephone conference are the following:

```
        Dial-in:        888-363-4749
        Access code:    4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

IT IS FURTHER ORDERED that the defendant shall file by **March 2** any written submission he wishes the Court to consider on March 4.

Dated:    New York, New York
          February 25, 2021

                                           _____
                                          DENISE COTE
                                          United States District Judge