

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

May 6, 2021

<u>**BY ECF:**</u>

Hon. Denise L. Cote
District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

<span style="color:red">**MEMO ENDORSEMENT**</span>

      RE:    United States v. Careem Joseph
               Case No.: 21-cr-00037- **1** (DLC)
               <u>Southern District of New York</u>

Dear Judge Cote:

    As per Your Honor's order dated <u>April 14, 2021</u>, Mr. Joseph submits this letter requesting an additional thirty (30) days to make a determination about whether he intends to proceed to trial.

    Thank you for your consideration.

                          Sincerely,
                **Spodek Law Group P.C.**

                      /S/ Todd A. Spodek

Granted.

SO ORDERED
May 10, 2021

TAS/az
cc:    All Counsel (By ECF)

_____
DENISE COTE
United States District Judge