```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :     21cr37 (DLC)
                                         :
              -v-                        :     ORDER
                                         :
CAREEM JOSEPH and TYREKE GORDON,         :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 19, 2021, the trial in this case was set to begin on September 7, 2021. The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow criminal jury trials to proceed as safely as possible during the COVID-19 pandemic. On June 1, the Clerk's Office notified district judges of the dates on which jury selection could commence during the months of July through September 2021 in the reconfigured spaces. Accordingly, the parties are hereby

NOTIFIED that the trial in this action will commence with jury selection on **September 8, 2021**. It is hereby

ORDERED that the Voir Dire requests and Requests to Charge for these two defendants are due on **August 27, 2021** at **12:00 PM**.

IT IS FURTHER ORDERED that a final pretrial conference will occur on **September 7, 2021** at **10:00 AM** in Courtroom 18B, 500 Pearl Street.

The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed.

Dated: New York, New York
June 2, 2021

                                                                 _____
                                                                        DENISE COTE
                                               United States District Judge