```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     21cr37-1 (DLC)
UNITED STATES OF AMERICA                 :
                    Plaintiff,           :        ORDER
            -v-                          :
                                         :
CAREEM JOSEPH,                           :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that, for the reasons stated on the record at the August 20, 2021 conference, CJA attorney Jill Shellow is appointed to represent the defendant.

Dated:   New York, New York
         August 23, 2021

                                    _____
                                            DENISE COTE
                                     United States District Judge