```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    21cr37-1 (DLC)
UNITED STATES OF AMERICA                 :
                    Plaintiff,           :         ORDER
          -v-                            :
                                         :
CAREEM JOSEPH,                           :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

In advance of trial, scheduled to commence on September 8, the Government has filed a motion in limine. It is hereby

ORDERED that any opposition to the Government's motion in limine shall be filed by **August 30**. Any reply shall be filed by **September 2**.

IT IS FURTHER ORDERED that the defendant shall file any motion in limine by **August 26**. Any opposition shall be filed by **August 31**. Any reply shall be filed by **September 2**.

Dated:  New York, New York
        August 23, 2021

                                                DENISE COTE
                               United States District Judge