```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    21cr37-1 (DLC)
UNITED STATES OF AMERICA                 :
                    Plaintiff,           :         ORDER
           -v-                           :
                                         :
CAREEM JOSEPH,                           :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 27, Careem Joseph entered a plea of guilty. Accordingly, it is hereby

ORDERED that a sentencing hearing, pursuant to United States v. Fatico, 603 F.2d 1053 (2d Cir. 1979), shall be held on **September 21** at **10 am** in conjunction with the currently scheduled Fatico hearing involving Tyreke Gordon. The parties' submissions are due on **September 14.**

IT IS FURTHER ORDERED that sentencing shall occur on **November 19** at **2 pm.** The defendant's sentencing submission is due on **November 5** and the Government's response is due on **November 12.**

Dated:    New York, New York
          August 30, 2021

                                      _____
                                             DENISE COTE
                                      United States District Judge