```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :        21cr37 (DLC)
          -v-                            :
                                         :           ORDER
CAREEM JOSEPH,                           :
     a/k/a "Reem" and                    :
TYREKE GORDON,                           :
     a/k/a "Ty",                         :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Upon the requests from counsel for defendants Careem Joseph and Tyreke Gordon, it is hereby

ORDERED that the Fatico hearing scheduled for Tuesday, September 21, 2021 is canceled as to both defendants.

SO ORDERED:

Dated:    New York, New York
          September 17, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge