```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :   21CR00037 (DLC)
            -v-                         :
                                        :   ORDER
CAREEM JOSEPH,                          :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 19, 2022, Careem Joseph submitted a letter requesting that he be resentenced. On November 18, 2021, Joseph was sentenced principally to a 78-month term of imprisonment pursuant to his conviction for one count of robbery and one count of conspiracy to commit robbery in violation of 18 U.S.C. § 1951. Joseph's deadline to appeal his conviction expired on December 2, 2021, see Moshier v. United States, 402 F.3d 116, 118 (2d Cir. 2005), and he has pointed to no legal authority to justify resentencing. Accordingly, it is hereby

ORDERED that Joseph's request for resentencing is denied.

IT IS FURTHER ORDERED that the Clerk of Court shall mail Joseph a copy of this Order and note mailing on the docket.

SO ORDERED:

Dated:   New York, New York
         November 2, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge

Mail to:
CAREEM JOSEPH
USM#: 30262-509
FCI SCHUYLKILL
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 759
MINERSVILLE, PA   17954