UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
UNITED STATES OF AMERICA                :
                                        :        21cr37 (DLC)
          -v-                           :
                                        :           ORDER
CAREEM JOSEPH,                          :
                                        :
                    Defendant.          :
                                        :
--------------------------------------- X

DENISE COTE, District Judge:

     Having received the June 21 letter from Mr. Tomao, and upon

the representation that Jill Shellow will continue her

representation of the defendant, it is hereby

     ORDERED that Attorney Peter Tomao shall be relieved as

counsel for the defendant upon the issuance of the Mandate in

this action.

     IT IS FURTHER ORDERED that Ms. Shellow and the Government

shall confer, and upon the issuance of the Mandate shall write

the Court with a proposed timeline for submissions and the

scheduling of the resentencing in this matter.

     SO ORDERED:

Dated:    New York, New York
          June 26, 2023

                              _____
                                      DENISE COTE
                              United States District Judge