```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :    21cr37 (DLC)
              -v-                        :
                                         :    ORDER
CAREEM JOSEPH,                           :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On November 18, 2021, Joseph was sentenced principally to a 78-month term of imprisonment. Joseph appealed his conviction, and on June 16, 2023, the Court of Appeals remanded the case to this Court for the limited purpose of either striking the mental health special condition from the judgment or reconsidering and, if appropriate, reimposing the condition during a hearing with Joseph present. On July 21, Joseph's counsel reported that Joseph does not want to be present for a resentencing, will waive his appearance, and requests that the mental health special condition, which he had requested, be stricken.

Joseph has made two other recent applications to this Court. In a submission dated October 19, 2022, Joseph requested a "full re-sentencing proceeding" based on unwarranted sentencing disparity. This pro se application was styled as a motion to vacate and correct his sentence pursuant to 28 U.S.C. § 2255. In a submission filed on June 30, 2023, Joseph moves

pro se for a sentencing reduction pursuant to 18 U.S.C. § 3582(c).

Accordingly, it is hereby

ORDERED that the parties shall consult and advise the Court by August 11 of their proposals for addressing the remand in light of the two other applications made by Joseph pro se.

Dated:   New York, New York
         July 21, 2023

                                       _____
                                                        DENISE COTE
                                         United States District Judge

2